UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 2 2 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FILED**
7/5/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carl Childers
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Kendall County Jail
Deputy Buis
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: 16-cv-5098
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:   **AMENDED COMPLAINT**

___✓___   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: Carl Childers

    B.    List all aliases: N/A

    C.    Prisoner identification number: 48553 424

    D.    Place of present confinement: Metropolitan Correctional Center

    E.    Address: 71 W. VanBuren Chicago IL 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Kendal County Jail

            Title: Sheriff Department

            Place of Employment: Kendal County Jail

    B.    Defendant: Deputy Buis

            Title: Deputy Sheriff

            Place of Employment: Kendall County Jail

    C.    Defendant: _____

            Title: _____

            Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: Don't remember it was in 2000

    B. Approximate date of filing lawsuit: 2000

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: Chicago Police Department

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County it was State

    F. Name of judge to whom case was assigned: Was not aware. Attorney Kevin Petters, ESQ. Chicago IL I was given a check through a lawyer never appeard in Court

    G. Basic claim made: No Search warrants and wrongful arresset

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

    I. Approximate date of disposition: Not for sure

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Kendall County Jail said it was ok for Deputys to assault inmates if needed cause in my case Deputy Buis was totally wrong and used over excessive force and I never did anything wrong, their cameras seen everything and if I would of did wrong I would have been gotten a ticket, I never was ticketed and was sent back to my unit after I was assaulted and was told by Sgt Belmonte that Deputy Buis was going to be investigated and delt with that he was wrong.

Revised 9/2007

Carl Childers
#48553-424 :
Metropolitan – MCC
71 West Van Buren Street
Chicago, IL 60605

1:16-cv-05098

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated two million dollers for being assaulted by Kendall County Jail Deputy Bull.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 15 day of 6, 20 16

Carl Childers
(Signature of plaintiff or plaintiffs)

Carl Childers
(Print name)

48553-424
(I.D. Number)

Metropolitan Correctional Center
71 W. Van Buren
Chicago, IL. 60605
(Address)

Revised 9/2007